**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER <br><br> Plaintiff(s), <br><br> v. <br><br> HCN G&L DOWNREIT LLC, et al. <br><br> Defendant(s). | CASE NO: <br> 2:20-cv-09209-FMO-SK <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: November 30, 2020      /s/ *Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge